1082-15

# ELECTRONIC RECORD

COA # 07-14-00336-CR       OFFENSE: 21.11

STYLE: Alcadio Cervantez v. The State of Texas       COUNTY: Lubbock

COA DISPOSITION:    AFFIRMED       TRIAL COURT: 364th District Court

DATE: 07/20/2015       Publish: NO   TC CASE #:   2007-418,585

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Alcadio Cervantez v. The State of Texas       CCA #:    1082-15

_APPELLANT'S_  Petition       CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_REFUSED_       JUDGE: _____

DATE: _10/28/2015_       SIGNED: _____       PC: _____

JUDGE: _Per Curiam_       PUBLISH: _____       DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**